**CITY OF WARWICK**

v.

**ALMAC'S INC. et al.**

No. 81–180–A.

Supreme Court of Rhode Island.

June 11, 1981.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., William Toohey, City Sol., Warwick, David D. Prior, Asst. City Sol., Warwick, for plaintiff.

Lynette Labinger, John B. Rosenquest III, Joseph B. Kinder, Wayne Kezirian, Richard Patz, Anthony G. Iannuccillo, E. Howland Bowen, William R. Grimm, Providence, John C. Revens, Jr., Warwick, Robert M. Brady, Seekonk, Mass., for defendants.

ORDER

The motion of defendant Jordan Marsh Company to extend the time for transmission of the record to permit the filing of an additional transcript as prayed is granted. The state's motion for priority assignment is granted and this case is assigned to the 1981 Fall Calendar for oral argument.

**The HERALD PRESS, INC.**

v.

**GOLDSMITH–TREGAR COMPANY**

v.

**Carlo V. SPIRITO.**

No. 80–459–A.

Supreme Court of Rhode Island.

June 11, 1981.

Smith & Smith, Incorporated, Z. Hershel Smith, Providence, for plaintiff.

Gary Yesser, Providence, for Goldsmith-Tregar Co.

ORDER

The motion of plaintiff Herald Press, Inc. to affirm the judgment of the Superior Court pursuant to Rule 16(g) is hereby denied.

SHEA, J., did not participate.